IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01062-REB-MJW

BERTHA BOURGEOIS,

Plaintiff(s),

v.

DONALD H. RUNSFELD,

Defendant(s).

MINUTE ORDER RESETTING SCHEDULING/PLANNING CONFERENCE

It is hereby ORDERED that the Unopposed Motion to Reschedule Scheduling/ Planning Conference by Defendant (document 4) is GRANTED. The scheduling conference set for July 31, 2007, at 9:30 a.m. is VACATED and RESET to August 20, 2007, at 9:30 a.m. The proposed scheduling order shall be submitted by August 15, 2007.

Date: July 5, 2007