IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01062-REB-MJW

BERTHA BOURGEOIS,

Plaintiff(s),

v.

DONALD H. RUNSFELD,

Defendant(s).

MINUTE ORDER
(DN 14)

    It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 14) is GRANTED.  The written Protective Order is APPROVED and made an Order of Court.

Date: October 23, 2007