IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

*Magistrate Judge Michael J. Watanabe*

Civil Action No. 07-cv-01062-REB-MJW

BERTHA BOURGEOIS,

    Plaintiff,

v.

ROBERT M. GATES, Secretary of the Department of Defense,
DEFENSE FINANCE and ACCOUNTING SERVICE,

    Defendants.

---

## MINUTE ORDER  DN 26

---

For good cause shown, the Court grants Defendant's Unopposed Motion to Allow Client Representative to Participate by Telephone at Settlement Conference on February 8, 2008, and modifies its Scheduling Order (Dkt. No. 12) to allow Defendants' representative with settlement authority to participate in the settlement conference by telephone. The Court's telephone number is (303) 844-2403.

Date: February 7, 2008

---