**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  07-cv-01062-REB-MJW

BERTHA BOURGEOIS,

     Plaintiff,

v.

DONALD H. RUNSFELD, Secretary, Defense Finance & Accounting Service,

     Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

     The matter before the court is the **Joint Stipulation To Dismiss With Prejudice** [#43] filed May 21, 2008.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Joint Stipulation To Dismiss With Prejudice** [#43] filed May 21, 2008, is **APPROVED**;

     2.  That the Trial Preparation Conference set for July 18, 2008, is **VACATED**;

     3.  That the jury trial set to commence August 4, 2008, is **VACATED**;

     4.  That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 21, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**